(No. 23570.—

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff in Error,
vs. FRANK NITTI, Defendant in Error.

*Opinion filed December 10, 1936.*

OTTO KERNER, Attorney General, THOMAS J. COURT-
NEY, State's Attorney, and A. B. DENNIS, (EDWARD E.
WILSON, JOHN T. GALLAGHER, RICHARD H. DEVINE, and
MELVIN S. REMBE, of counsel,) for the People.

BENJAMIN C. BACHRACH, and MORTON E. ANDERSON,
(WALTER BACHRACH, and ARTHUR MAGID, of counsel,)
for defendant in error.

Per CURIAM: In 1935, at the November term of the
criminal court of Cook county, Frank Nitti was indicted
and charged with having burglar's tools in his possession
with intent to break and enter the shoe store of G. R. Kin-
ney & Co., incorporated, with the intent to commit the crime
of larceny on August 25, 1933. He was permitted to with-
draw his plea of not guilty and to file a special plea of
former conviction, in which he set forth that he had been
indicted by the Cook county grand jury at the September
term, 1933, for an attempted burglary of the same store
at the same time and place. He alleged that under the
earlier indictment he had pleaded guilty to an attempt to
commit petty larceny and had been sentenced to the house
of correction for a period of six months. The State's at-
torney demurred to the plea of former conviction, and when

the court overruled his demurrer he sued out this writ of error.

This case is controlled by our decisions in *People* v. *Vitale,* 364 Ill. 589, and *People* v. *White,* id. 574. For the reasons stated in the opinions in those cases this court is without jurisdiction, and the writ of error will be dismissed.

*Writ dismissed.*